UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

MATTHEW ONDREAKO, )
)
    *Plaintiff*, )
) Civil Action No. 1:15-CV-00210-BR-SPB
    *v.* )
) **ORDER**
)
JOHN E. WETZEL, *et al.*, )
)
    *Defendants*. )
)

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. The Petition for Writ of Habeas Corpus is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. This case is **CLOSED**; and

5. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 19th day of September, 2016

                           *[signature]*
                           BARBARA J. ROTHSTEIN
                           UNITED STATES DISTRICT JUDGE